**Order filed June 13, 2016**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-16-00438-CV**

_____

## IN THE INTEREST OF Z.S., A CHILD, Appellant

**On Appeal from the 315th District Court
Harris County, Texas
Trial Court Cause No. 2015-02857J**

# O R D E R

The clerk's record was filed June 8, 2016. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain the decree of termination.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before June 23, 2016, containing the decree of termination.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.

PER CURIAM